IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHARLES FRANCIS HURT, JR.**                                                                                       **PLAINTIFF**
Reg. #89763-379

v.                              Case No. 2:22-cv-00048-LPR-JJV

**DEPARTMENT OF JUSTICE,** *et al.*                                                                         **DEFENDANTS**

## ORDER

The Court has received a proposed findings and recommendation ("PFR") from United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has expired. After a careful and *de novo* review of the PFR and the record, the Court adopts the PFR in its entirety.

Accordingly, Mr. Hurt may proceed with his FTCA action against Defendant United States of America. The Department of Justice, Bureau of Prisons, Corrections Officer Smith, Corrections Officer "Alice," and Does are DISMISSED without prejudice from this lawsuit because Mr. Hurt has not pled claims against them in the Amended Complaint. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not in good faith.

IT IS SO ORDERED this 27th day of May 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE